THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. THURMAN L. HOLT, Defendant-Appellant.

(No. 73-215;

Second District—August 28, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Cuve Glosser, of Rochelle, for appellant.

Patrick E. Ward, State's Attorney, of Dixon (James W. Jerz, of Model District State's Attorneys Office, of counsel), for the People.